**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BRAHIM AYAD, et. al.** ) | **CASE NO.  1:04CV2052** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **vs.** ) | **Judge John M. Manos** |
| ) | |
| **RADIO ONE, INC., et. al.** ) | |
| ) | |
| Defendants. ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the

Motion for Judgment on the Pleadings (Docket No. 17), with respect to all federal claims, is

**GRANTED**.  The remaining state claims are **DISMISSED** for lack of subject matter jurisdiction and

this matter is **REMANDED** back to state court.  Each party to bear own costs.

**IT IS SO ORDERED.**

**Date: July 18, 2005**                                  */s/ John M. Manos*
                                                                  **UNITED STATES DISTRICT JUDGE**